# EXHIBIT A

**Int. Cl.: 20**

**Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50**

**Reg. No. 2,648,166**

**Registered Nov. 12, 2002**

# United States Patent and Trademark Office

## TRADEMARK
## PRINCIPAL REGISTER



ISAMU NOGUCHI FOUNDATION, INC., THE (NEW YORK CORPORATION)
32-37 VERNON BOULEVARD
LONG ISLAND CITY, NY 11106

FOR: TABLES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 0-0-1948; IN COMMERCE 0-0-1948.

THE STIPPLING IS A FEATURE OF THE MARK AND IS INTENDED TO INDICATE A GLASS TOP BUT IS NOT INTENDED TO INDICATE COLOR.

THE MARK CONSISTS OF A CONFIGURATION OF A TABLE WITH A WOODEN BASE AND GLASS TOP.

SEC. 2(F).

SER. NO. 76-128,996, FILED 9-15-2000.

BROOKE BEYER, EXAMINING ATTORNEY