# EXHIBIT B

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.10.16 02:12:44 -04'00'

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,886,737**

**Registered Nov. 01, 2022**

**Int. Cl.: 20**

**Trademark**

**Principal Register**

Knoll, Inc. (DELAWARE CORPORATION)
1235 Water Street
East Greenville, PENNSYLVANIA 18041

CLASS 20: Tables

FIRST USE 00-00-1958; IN COMMERCE 00-00-1958

The mark consists of a three-dimensional configuration of the tapered stand and base of a single-legged table. The broken lines depicting the tabletop indicate placement of the mark on the goods and are not part of the mark.

SEC.2(F)

SER. NO. 87-548,886, FILED 07-31-2017

Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office