# EXHIBIT C

**Int. Cl.: 20**

**Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50**

**Reg. No. 2,716,843**
**Registered May 20, 2003**

**United States Patent and Trademark Office**

# TRADEMARK
## PRINCIPAL REGISTER



HERMAN MILLER, INC. (MICHIGAN CORPORATION)
855 EAST MAIN AVENUE
ZEELAND, MI 49464

FOR: FURNITURE, NAMELY, A CHAIR, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 12-31-1956; IN COMMERCE 12-31-1956.

THE MARK CONSISTS OF THE CONFIGURATION OF A CHAIR.

SEC. 2(F).

SER. NO. 75-010,956, FILED 10-26-1995.

LINDA M. KING, EXAMINING ATTORNEY