# EXHIBIT D

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,767,140**

**Registered Jun. 04, 2019**

**Int. Cl.: 20**

**Trademark**

**Principal Register**

Herman Miller, Inc. (MICHIGAN CORPORATION)
855 East Main Avenue
Zeeland, MICHIGAN 49464

CLASS 20: furniture, namely, ottomans

FIRST USE 12-31-1956; IN COMMERCE 12-31-1956

The mark consists of a three-dimensional configuration of an ottoman comprised of a curved shell holding a cushion with two round buttons at the horizontal midline. The broken lines depicting (1) the four-point base of the ottoman, (2) the cylindrical piece which attaches the base of the ottoman to the underside of the shell via a support piece beneath the shell, and (3) the support piece between the cylindrical piece and the base of the shell indicate placement of the mark on the goods and are not part of the mark.

SEC.2(F)

SER. NO. 87-902,865, FILED 05-01-2018

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office