# EXHIBIT E

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,672,151**

**Registered Feb. 12, 2019**

**Int. Cl.: 20**

**Trademark**

**Principal Register**

Herman Miller, Inc. (MICHIGAN CORPORATION)
855 East Main Avenue
Zeeland, MICHIGAN 49464

CLASS 20: furniture, namely, benches

FIRST USE 00-00-1994; IN COMMERCE 00-00-1994

The mark consists of a three-dimensional configuration of a bench with a slatted top, rectilinear lines, and U-shaped legs.

SEC.2(F)

SER. NO. 87-337,528, FILED 02-15-2017

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office