# EXHIBIT G

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,694,476**

**Registered Mar. 12, 2019**

**Int. Cl.: 20**

**Trademark**

**Principal Register**

Knoll, Inc. (DELAWARE CORPORATION)
1235 Water Street
East Greenville, PENNSYLVANIA 18041

CLASS 20: Chairs

FIRST USE 00-00-1948; IN COMMERCE 00-00-1948

The mark consists of a three-dimensional configuration of the curved body of a chair. The broken lines depicting the metal frame, legs, and feet upon which the body of the chair rests indicate placement of the mark on the goods and are not part of the mark.

SEC.2(F)

SER. NO. 87-631,500, FILED 10-03-2017

Director of the United States
Patent and Trademark Office