# EXHIBIT H

**Int. Cl.: 20**

**Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50**

**Reg. No. 3,105,591**
**Registered June 20, 2006**

## United States Patent and Trademark Office

### TRADEMARK
### PRINCIPAL REGISTER



HERMAN MILLER, INC. (MICHIGAN CORPORATION)
855 EAST MAIN AVENUE
P.O. BOX 302
ZEELAND, MI 494640302

FOR: FURNITURE, NAMELY CHAIRS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 4-0-1958; IN COMMERCE 6-9-1958.

THE MARK CONSISTS OF THE OVERALL SHAPE AND APPEARANCE OF THE UPPER PORTION OF A CHAIR FRAME, INCLUDING THE ARMRESTS. THE CHAIR FRAME IS MADE OF POLISHED ALUMINUM AND POLISHED ALUMINUM IS CLAIMED AS PART OF THE MARK.

SEC. 2(F).

SER. NO. 76-594,225, FILED 5-21-2004.

BRIAN PINO, EXAMINING ATTORNEY