# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

MILLERKNOLL, INC., KNOLL, INC., and THE ISAMU NOGUCHI FOUNDATION AND GARDEN MUSEUM

v.

INHABIT.IO, INC. d/b/a THE ESSENTIAL

Case No. 26-3334
Hon.

TO: INHABIT.IO, INC. d/b/a THE ESSENTIAL
ADDRESS: 150 Hooper Street, Suite 215
San Francisco, CA 94107

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Marc Lorelli
Brooks Kushman, P.C.
150 W. Second St., Suite 400N
Royal Oak, Michigan 48067

CLERK OF COURT

By: Deputy Clerk ____________________ Date

---

## PROOF OF SERVICE

This summons for INHABIT.IO, INC. d/b/a THE ESSENTIAL (name of individual and title, if any) was received by me on ____________ (date).

☐ I personally served the summons on the individual at ____________ (place where served) on ____________ (date).

☐ I left the summons at the individual's residence or usual place of abode with ____________ (name), a person of suitable age and discretion who resides there, on ____________ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on ____________ (name of individual), who is designated by law to accept service of process on behalf of ____________ (name of organization) on ____________ (date).

☐ I returned the summons unexecuted because ____________.

☐ Other *(specify)* ____________.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________.

I declare under the penalty of perjury that this information is true.

Date: ____________

____________
*Server's signature*

Additional information regarding attempted service, etc.:

____________
*Server's printed name and title*

____________
*Server's address*