AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Western District of Michigan on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 26-3334 | 11/23/2026 | Western District of Michigan |

| PLAINTIFF | DEFENDANT |
|---|---|
| MILLERKNOLL, INC., KNOLL, INC., and THE ISAMU NOGUCHI FOUNDATION AND GARDEN MUSEUM | INHABIT.IO, INC. d/b/a THE ESSENTIAL |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 Reg. No. 2,648,166 | 11/12/2002 | Noguchi Foundation |
| 2 Reg. No. 6,886,737 | 11/1/2022 | Knoll |
| 3 Reg. No. 2,716,843 | 5/20/2003 | Herman Miller |
| 4 Reg. No. 5,767,140 | 6/4/2019 | Herman Miller |
| 5 Reg. No. 5,672,151 | 2/12/2019 | Herman Miller |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☑ Other Pleading | |
| **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1 Reg. No. 2,894,978 | 10/19/2004 | Knoll |
| 2 Reg. No. 5,694,476 | 3/12/2019 | Knoll |
| 3 Reg. No. 3,105,591 | 6/20/2006 | Herman Miller |
| 4 Reg. No. 2,893,025 | 10/12/2004 | Knoll |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**